IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DEANDREZ I'SHON RAYMOND, | * | |
| Plaintiff, | * | |
| v. | * | CV 622-045 |
| KENNETH THOMPSON, et al., | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's motion for voluntary dismissal. (Doc. 10.) Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case.[1]

**ORDER ENTERED** at Augusta, Georgia, this 26th day of July, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The **CLERK** is **FURTHER DIRECTED** that upon mailing this Order to Plaintiff, also attach a copy of the Court's June 30, 2022 Order denying Plaintiff's motion to appoint counsel (Doc. 9).